**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1317**

───────────

BYRON C. BRIGGS,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

             Defendant – Appellee,

        and

RAYMOND P. LACEY,

             Defendant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:13-cv-00844-BR)

───────────

Submitted:  October 29, 2015        Decided:  November 12, 2015

───────────

Before KING and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Bikash Roy, Cary, North Carolina, for Appellant.  Thomas G. Walker, United States Attorney, Jennifer P. May-Parker, G. Norman Acker, III, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron C. Briggs appeals the district court's orders denying his motion to set aside the Government's scope-of-employment certification, see 28 U.S.C. § 2679(b)(1), (d)(1) (2012), and granting the Government's motion to dismiss his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Briggs v. United States, No. 5:13-cv-00844-BR (E.D.N.C. Jan. 6, 2015; Feb. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED